UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMPASS PERSONNEL SERVICES, INC.<br><br>VERSUS<br><br>M/V SURF CHALLENGER, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem* and SURF SUBSEA, INC *in personam* | CIVIL ACTION<br><br>NO.<br><br>SECTION " "     MAGISTRATE #<br><br>JUDGE<br><br>MAGISTRATE |

## VERIFIED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Compass Personnel Services, Inc., and for its Verified Complaint against the M/V SURF CHALLENGER, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and Surf Subsea, Inc., *in personam*, stating an admiralty and maritime claim within this Honorable Court's admiralty and maritime jurisdiction in accordance with Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, with respect, alleges upon information and belief as follows:

### JURISDICTION AND PARTIES

I.

Jurisdiction is proper in accordance with 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Venue is also proper in this district in accordance with 28 U.S.C. § 1391(b)(2) and (d) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

{N2942762.6}

II.

At all material times, plaintiff, Compass Personnel Services, Inc. (hereinafter referred to as "Compass") was and now is a corporation incorporated under the laws of the State of Texas, and doing business within the State of Louisiana, and within the jurisdiction of this Honorable Court.

III.

Upon information and belief, defendant, Surf Subsea, Inc.. (hereinafter referred to as "Surf Subsea") was and now is a foreign corporation incorporated under the laws of the State of Texas and doing business within the State of Louisiana, and within the jurisdiction of this Honorable Court and was and is the registered owner of the M/V SURF CHALLENGER.

IV.

At all material times, defendant, the M/V SURF CHALLENGER, Official Number 1190616, was and still is a 290 foot DP II class, multi-purpose support vessel, registered in the United States. The *in rem* defendant, the M/V SURF CHALLENGER, is now or will during the pendency of this lawsuit be, upon the navigable waters of Louisiana, within this district and within the jurisdiction of this Honorable Court.

V.

Compass and Surf Subsea, as owner of the defendant vessel, M/V SURF CHALLENGER, entered into a Master Service Agreement dated April 27, 2012, pursuant to which Compass provided various services and/or personnel for the M/V SURF CHALLENGER.

VI.

In accordance with the terms of the Master Service Agreement, Compass invoiced Surf Subsea for the services and personnel provided for the M/V SURF CHALLENGER. Compass invoiced Surf Subsea in the amount of $127,095.89 for services and personnel provided through

November of 2014, which amount Surf Subsea has failed to pay, in breach of the terms and conditions of the Master Service Agreement. Compass further invoiced Surf Subsea in the amount of $12,580.00 and $671.72, respectively, for services and personnel provided in the month of December, 2014. Upon information and belief, it is anticipated that Surf Subsea will fail to remit payment for the services and personnel provided in December of 2014, constituting further breach of the terms and conditions of the Master Service Agreement and entitling Compass to the recovery of further damages herein.

VII.

Compass is entitled to a maritime lien against the M/V SURF CHALLENGER, and is legally entitled to seize said vessel pursuant to its rights under the general maritime law and admiralty laws of the United States and have it sold to satisfy any judgment which might be rendered in this matter. Compass provided services and personnel for the M/V SURF CHALLENGER, which constitute necessaries under the Federal Maritime Lien Act, 46 U.S.C. § 31342 as defined in 46 U.S.C. § 31301.

VIII.

Surf Subsea is justly indebted to Compass for the damages as aforesaid and as to be shown more particularly at trial.

IX.

Despite numerous amicable demands and upon notice of monies owed by Surf Subsea and/or the M/V SURF CHALLENGER and requests for payment of the aforementioned charges, the debt has not been paid.

X.

Compass reserves the right to amend any article of this Verified Complaint as facts become better known.

XI.

In accordance with applicable Local Admiralty Rules, Compass agrees to hold harmless and indemnify the U.S. Marshal and all of its deputies for any and all liabilities as a result of seizing the aforesaid property.

**WHEREFORE**, plaintiff, Compass Personnel Services, Inc. prays:

1. For judgment *in personam* against defendant, Surf Subsea, Inc. together with pre-judgment interest, expenses, attorney's fees and costs;

2. For process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be issued by the Court against the M/V SURF CHALLENGER, her engines, tackle, furniture, apparel, appurtenances, etc., and that all persons having a claim and interest therein be cited to appear herein and answer, under oath, all and singular matters aforesaid, and that the M/V SURF CHALLENGER be seized, condemned and sold to satisfy all amounts owed to Compass Personnel Services, Inc. as set forth herein;

3. For Judgment *in rem*, against the M/V SURF CHALLENGER in the full amount due as set forth herein, including pre-judgment interest, costs, seizure expenses and all attorney's fees;

4. That any property arrested in this proceeding be sold under the direction of this Court at that the proceeds of the sale be brought into the Court to satisfy all monies owed to Compass Personnel Services, Inc. as set forth herein;

5. That defendants be cited to appear and answer the matters aforesaid;

6. And that this Honorable Court grant plaintiff such other and further relief which it may deem just and proper.

Respectfully submitted,

*/s/ R. Scott Jenkins*
R. SCOTT JENKINS (#(#23144)
WILLIAM C. BALDWIN (#31613)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:	(504) 582-8346
Facsimile:	(504) 589-8583
*Attorneys for plaintiff,*
*Compass Personnel Services, Inc.*